IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-61368-CIV-JORDAN

DANA SKOU, an individual,

     Plaintiff,

vs.

THE BARKING MOOSE, INC.
a Florida corporation d/b/a RED'S BAR,

     Defendant.

_____?

**PLAINTIFF'S NOTICE OF VOLUNTARY**
**DISMISSAL WITHOUT PREJUDICE**

     Plaintiff, by and through its undersigned attorneys, files this, his Notice of Voluntary Dismissal Without Prejudice. Plaintiff respectfully requests that this action be dismissed with each party to bear their own attorneys fees and costs.

     Dated this 12th day of August, 2011.

                            Respectfully submitted,

                            ROSENFELDT & BIRKEN, P.A.
                            **Counsel for Plaintiff**
                            100 SE 3rd Ave., Suite 1300
                            Fort Lauderdale, Florida  33394
                            Tel:    (954) 990-4343
                            Fax:   (954) 990-4469


                            By:____s/Stuart A. Rosenfeldt_____
                                  STUART A. ROSENFELDT, ESQ.
                                  Florida Bar No.: 316113
                                  SHAWN L. BIRKEN, ESQ.
                                  Florida Bar No.: 418765
                                  FOR THE FIRM

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of August, 2011, I electronically filed the forgoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing is being served this day upon all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    Respectfully submitted,
/s/Stuart A. Rosenfeldt
Florida Bar No.: 316113
ROSENFELDT & BIRKEN, P.A.
100 SE 3rd Ave., Suite 1300
Fort Lauderdale, Florida  33394
Direct Dial: 954-990-4459/Fax: 954-990-4469

P a g e | 2
ROSENFELDT & BIRKEN, P.A.
100 SE 3rd Ave., Suite 1300, Fort Lauderdale, Florida 33394
Phone: 954.990.4320 | Fax: 954.990.4469
www.randb-law.com

**SERVICE LIST**
*Skou vs. The Barking Moose, Inc.*
**CASE NO.: 11-61368-CIV-JORDAN**

| | |
|---|---|
| Stuart A. Rosenfeldt, Esq. | John P. Seiler, Esq. |
| Florida Bar No.: 418765 | Florida Bar No. 776343 |
| Email: sbirken@randb-law.com | jseiler@sszrlaw.com |
| ROSENFELDT & BIRKEN, P.A. | LAW OFFICES OF SEILER, SAUTTER, ZADEN, RIMES & WEIHE |
| 100 SE 3rd Avenue, Suite 1300 | 2850 North Andrews Avenue |
| Fort Lauderdale, Florida 33394 | Wilton Manors, Florida 33311 |
| Direct Dial: 954-990-4459 | Phone: 954-568-7000 |
| Fax: 954-990-4469 | Fax: 954-568-2152 |
| **Counsel for Plaintiff** | **Counsel for Defendant** |
| *Via CM/ECF* | *Via CM/ECF* |

P a g e | 3
ROSENFELDT & BIRKEN, P.A.
100 SE 3rd Ave., Suite 1300, Fort Lauderdale, Florida 33394
Phone: 954.990.4320 | Fax: 954.990.4469
www.randb-law.com