UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 11-61368-CIV-JORDAN

| | |
|---|---|
| DANA SKOU, | ) |
|       Plaintiff | ) |
| vs. | ) |
| THE BARKING MOOSE, | ) |
|       Defendant | ) |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND CLOSING CASE**

In light of the stipulation for dismissal without prejudice [D.E. 9], this action against the Barking Moose is DISMISSED WITHOUT PREJUDICE, each party to bear its own costs and fees.

Any and all pending motions are DENIED AS MOOT. This case is CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 16th day of August, 2011.

_____
Adalberto Jordan
United States District Judge

Copy to:    All counsel of record